AO 442 (Rev. 11/11) Arrest Warrant

FILED 17 JUL -7 PM 3:18
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

F(D) H
10348396

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

United States of America
v.
James Pearl

*Defendant*

Case No. 5:17 CR 240

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* James Pearl,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.SC. § 371 Conspiracy to Defraud the United States of America; 18 U.S.C. §§ 542 and 2 Entry of Goods by Means of False Statements; 18 U.S.C. §§ 545 and 2 Smuggling Goods into the United States

Date: 06/21/2017

[signature]
*Issuing officer's signature*

City and state: Cleveland, Ohio

Magistrate Judge Jonathan D. Greenberg
*Printed name and title*

### Return

This warrant was received on *(date)* 6/23/17, and the person was arrested on *(date)* 6/30/17
at *(city and state)* Charleston, SC.

Date: 7/7/17

L. Conyers for DHS
*Arresting officer's signature*

L. Conyers / USMS
*Printed name and title*